O

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-06920 AHM (MANx) | Date | July 12, 2011 |
|---|---|---|---|
| Title | DANIEL C. JAMES v. CITY OF LOS ANGELES, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**         IN CHAMBERS (No Proceedings Held)

A final pretrial conference in this matter is scheduled for July 18, 2011. The parties have not filed the required pretrial conference materials, in violation of this Court's Scheduling and Case Management Order. On July 12, 2011, counsel for Plaintiff informed the Court that the parties have not filed the pretrial documents because there is a settlement in effect as to the remaining entity defendants (the City of Los Angeles and Los Angeles Police Department) and that a stipulation reflecting that settlement will be filed shortly. Plaintiff's counsel also communicated her intention to file a motion to remand this action to state court to resolve plaintiff's claims against the single remaining individual defendant.

Accordingly, the Court VACATES the pretrial conference currently scheduled for July 18, 2011 and the jury trial scheduled for August 2, 2011. Unless the stipulated dismissal and motion to remand are filed on or before July 26, 2011, the Court will issue an order to show cause why the parties should not be sanctioned for failing to comply with the Court's Scheduling and Case Management Order.

|  | : |  |
|---|---|---|
| Initials of Preparer | | SMO |